STATE OF CONNECTICUT *v.* EDWARD L. REAGAN

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 32, is denied.

*M. Hatcher Norris,* in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided April 26, 1989

FELIX DANZIGER ET AL. *v.* DEMOLITION BOARD OF THE CITY OF STAMFORD

The plaintiffs' petition for certification for appeal from the Appellate Court, 18 Conn. App. 40, is denied.

*L. Morris Glucksman,* in support of the petition.

*Barry J. Boodman,* assistant corporation counsel, in opposition.

Decided May 5, 1989

HAL EIS ET AL. *v.* MARY D. MEYER

The plaintiffs' petition for certification for appeal from the Appellate Court, 17 Conn. App. 664, is granted, limited to the following issues:

"Did the Appellate Court err in rejecting the finding of the attorney trial referee that the owner of the servient tenement was estopped from claiming a termination of the easement by virtue of her failure to object to the enlargement of the home upon the dominant tenement after she had been informed by its owners of their plans to construct the addition?

"Is there an implied covenant of good faith and fair dealing between the servient and dominant tenement